# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 619
New York, NY 10007

April 12, 2018

                       Re: *Reyes v. 317 Restaurant LLC et al*
                          Case No. 1:17-cv-00074-ER

Dear Judge Ramos,

    Please be advised that we represent Plaintiff in the above-referenced matter. Pursuant to the Court's Order of April 3, 2018, we write together with Defense Counsel to submit a revised settlement agreement that contains a release provision limited to the wage and hour claims at issue, and does not bar Plaintiff from future employment with Defendants.

    We thank the Court for its attention to this matter, and we are available at the Court's convenience to answer any questions relating to the foregoing.

                                                Respectfully submitted,

                                                /s/ *Michael Samuel*
                                                Michael Samuel, Esq.

                                                SAMUEL & STEIN

cc. Michael Fleishman, Esq.