USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/17/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR REYES, on behalf of himself and all others similarly situated,

                        Plaintiffs,

-against-

317 RESTAURANT LLC D/B/A BISTECCA FIORENTINA, and LUCIANO MARCHIGNOLI,

                        Defendants.

**ORDER**

17 Civ. 74 (ER)

Ramos, D.J.:

On February 27, 2018, the parties submitted an application to the Court to approve their Agreement settling unpaid overtime wage claims brought under the Fair Labor Standards Act and New York Labor Law, and to dismiss the case with prejudice. Doc. 16. On April 3, 2018, the Court concluded that the settlement amount was fair and reasonable and that the attorneys' fees provided were appropriate and supported by counsel's billing records. Doc. 17. The Court, however, declined to approve the Agreement for two reasons. First, the Agreement contained an unduly broad release provision that was not limited to wage-and-hour claims. *Id.* at 4. Second, the Court concluded that Agreement's provision barring Plaintiff from seeking employment with Defendants "at any time in the future," was in "strong tension with the remedial purposes of the FLSA." *Id.* at 5 (citations omitted).

In response to the Court's order, on April 12, 2018, the parties submitted a revised Agreement, limiting the release provision to wage-and-hour claims, and eliminating the provision barring Plaintiff from future employment. Doc. 18, Ex. 1. Accordingly, the Court finds that the revised Agreement complies with *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199 (2d Cir. 2015), and approves the revised Agreement for the reasons stated in its April 3, 2018 order.

SO ORDERED.

Dated:   April 17, 2018
         New York, New York

                                                            _____
                                                            Edgardo Ramos, U.S.D.J.